# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2713

_____

United States of America,              *
                                    *

        Plaintiff - Appellee,     *

                                    *   Appeal from the United States
      v.                       *   District Court for the Eastern District
                                    *   of Arkansas.
Charles Gibbon,              *

                                    *      [UNPUBLISHED]
                                    *

        Defendant - Appellant.   *

_____

Submitted:  January 12, 2000
Filed: January 25, 2000

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD and
MURPHY, Circuit Judges.

_____

PER CURIAM.

Charles Gibbon was convicted by a jury of possession of cocaine base with intent to distribute in violation of 21 U.S.C. § 841(a)(1).  On appeal he argues that there was insufficient evidence to support his conviction.  After carefully reviewing the record, we are satisfied that a rational jury could have found the essential elements of the crime beyond a reasonable doubt.  See U.S. v. Liebo, 923 F.2d 1308, 1311 (8th

Cir. 1991).  We affirm the judgment of the district court[1] without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas.